# United States Court of Appeals
## For the First Circuit

No. 08-2449

UNITED STATES OF AMERICA,

Appellee,

v.

MARC JADLOWE,

Defendant, Appellant.

**Before**

**Lipez, <u>Circuit Judge</u>,
Souter, <u>Associate Justice</u>,**[*]
**and Howard, <u>Circuit Judge</u>.**

**ORDER OF COURT
Entered:  December 3, 2010**

Plaintiff-appellant's petition for rehearing is granted.  The opinion of this court which issued August 4, 2010 is withdrawn, and the judgment of even date is vacated.  A new opinion is to issue this day.

By the Court:
<u>/s/ Margaret Carter, Clerk</u>

cc: Hon Richard Stearns, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Connolly, Ms. Begg Lawrence, Mr. Parker, Mr. Sultan, Mr. Tobin, Mr. Barend, Ms. Chaitowitz, Mr. Gallagher, Ms. Zacks, Ms. Taylor, Ms. Barclay & Mr. Braunstein.

---

[*]The Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.